01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,    )
 )   CASE NO. MJ 13-45
09    Plaintiff,         )
 )
10    v.              )
 )   DETENTION ORDER
11 ABDIRAHMAN MOHAMED ALI,    )
 )
12    Defendant.       )
                       )

13

14 Offense charged:    Unlawful Flight to Avoid Prosecution

15 Date of Detention Hearing:   January 24, 2013.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22     1.    Defendant comes before this Court pursuant to an arrest warrant from the

DETENTION ORDER
PAGE -1

01　Eastern District of Missouri, where defendant is charged with Unlawful Flight to Avoid

02　Prosecution. (Case Number 4:12 MJ 7236 SPM.)

03　　　　2.　　　　Defendant does not contest detention and has waived an identity hearing.　An

04　Order of Transfer has been signed.

05　　　　3.　　　　There does not appear to be any condition or combination of conditions that will

06　reasonably assure the defendant's appearance at future Court hearings while addressing the

07　danger to other persons or the community.

08　It is therefore ORDERED:

09　　1.　Defendant shall be detained pending trial and committed to the custody of the Attorney

10　　　　General for confinement in a correction facility separate, to the extent practicable, from

11　　　　persons awaiting or serving sentences or being held in custody pending appeal;

12　　2.　Defendant shall be afforded reasonable opportunity for private consultation with

13　　　　counsel;

14　　3.　On order of the United States or on request of an attorney for the Government, the

15　　　　person in charge of the corrections facility in which defendant is confined shall deliver

16　　　　the defendant to a United States Marshal for the purpose of an appearance in connection

17　　　　with a court proceeding; and

18　/ / /

19　/ / /

20　/ / /

21　/ / /

22　/ / /

01    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04        DATED this <u>24th</u> day of January, 2013.

05

06                             Mary Alice Theiler

07                             United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3